UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEREMY LAWSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:14-cv-00249-TWP-DKL |
| BRIAN SMITH, Superintendent, | ) |
| Respondent. | ) |

**Entry Discussing Petition for Writ of Habeas Corpus**

This matter is before the Court on Petitioner Jeremy Lawson's ("Mr. Lawson") Petition for Writ of Habeas Corpus (Dkt. 1) filed on February 19, 2014 and Respondent Brian Smith's, ("Superintendent") Motion to Dismiss (Dkt. 11). For the reasons stated below the Petition is **DENIED** and the Motion to Dismiss is **GRANTED**.

In a prison disciplinary proceeding identified as No. IYC 13-10-0151, Mr. Lawson was found guilty of assault and battery and the sanction imposed was an earned credit time deprivation of 60 days. Thereafter, the Indiana Department of Correction reviewed the sanction, dismissed the charge, expunged it from Mr. Lawson's record, and rescinded the sanctions (See Dkt. 11-1). This renders the habeas action moot, and an action which is moot must be dismissed for lack of jurisdiction. *Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998); *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997).

The Petition for Writ of Habeas Corpus (Dkt. 1) is **DENIED** as moot and the Superintendent's Motion to Dismiss is **GRANTED.** (Dkt. 11). Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 07/01/2014

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeremy Lawson
#163040
Miami Correctional Facility
Inmate Mail/Parcels
3038 West 850 South
Bunker Hill, Indiana 46914

Electronically registered counsel.